IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IN RE THE MATTER OF THE HEREIN REFERENCED FEDERAL CRIMINAL COMPLAINT FILED IN KANSAS CITY MISSOURI, ON.NOVEMBER 15, 2021 | COMPLAINT NO: 20-MJ-00129-WBG **(UNDER SEAL)** |

## MOTION TO SEAL

The United States of America, by and through its undersigned attorneys, hereby moves the Court for an Order in the above-referenced matter sealing the case and all documents filed in the case.

In support of this Motion, the United States declares that disclosure of the documents in the case, or the disclosure of the existence of the case, would jeopardize an ongoing criminal investigation, specifically, regarding narcotics and firearms sales. The defendant is currently at large and any public disclosure of this case, prior to arrest, could jeopardize law enforcement's efforts to apprehend the fugitive.

Consequently, the United States request that the above-described case and documents be sealed and further request that the present motion and order be sealed.

Respectfully submitted,

Teresa A. Moore
Acting United States Attorney

By  */s/ Byron Black*
*Byron Black*
Assistant United States Attorney
Narcotics & Violent Crimes Unit
Charles Evans Whittaker Courthouse
400 E. 9th Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122