UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☑ Western ☐ St. Joseph<br>☐ Central ☐ Southern<br>☐ Southwestern | | Jackson County and elsewhere | ☐ Secret Indictment<br>☐ Juvenile |

**Defendant Information**
Defendant Name       Thomas W. Pitts
Alias Name
Birthdate                 09/25/1987

**Related Case Information**
Superseding Indictment/Information   ☐ Yes ☑ No   if yes, original case number _____
New Defendant                                      ☑ Yes ☐ No
Prior Complaint Case Number, if any  21-MJ-00129-WBG
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA Byron Black

**Interpreter Needed**
☐ Yes       Language and/or dialect _____
☑ No

**Location Status**
Arrest Date         11/15/2021
☑ Currently in Federal Custody
☐ Currently in State Custody                 Writ Required        ☐ Yes ☑ No
☐ Currently on Bond                                Warrant Required  ☐ Yes ☑ No

**U.S.C. Citations**
Total # of Counts    4

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:846=CD.F/6801/4 | Conspiracy to Dist. 50g. of more of Meth | 1 |
| 2 | 21:841A=CD.F/6801/4 | Poss. w/Intent to Dist. 50g or more of Meth | 2 |
| 3 | 21:841B=CD.F/6801/4 | Dist. of 5g or more of Meth | 3 & 4 |
| 4 | 21:853.F/6911/4 | Criminal Forfeiture Allegation | |

(May be continued on reverse)

Date   11/30/2021           Signature of AUSA   /s/ Byron Black