IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>    v.<br><br>THOMAS W. PITTS,<br><br>                      Defendant. | Criminal No. 21-MJ-00129-WBG<br>Complaint No. 21-00281-01-CR-W-GAF |

## MOTION TO DISMISS COMPLAINT

Comes now Byron Black, Assistant United States Attorney, and moves the Court to dismiss the complaint filed on November 15, 2021, before United States Magistrate Judge W. Brian Gaddy, at Kansas City, Missouri, charging the defendant, THOMAS W. PITTS, with Count 1-Possession with Intent to Distribute 50 grams or More of Methamphetamine and Count 2 & 3 Distribution of Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(B) and 841(a)(1) & (b)(1)(C).

                                                                       */s/ Byron H. Black*
                                                                       Byron H. Black
                                                                        Assistant United States Attorney
                                                                        Western District of Missouri

## O R D E R

Upon motion of the United States of America, the complaint against defendant, THOMAS W. PITTS, filed on November 15, 2021, is hereby dismissed.

                                                                       */s/ W. Brian Gaddy*
                                                                        HONORABLE W. BRIAN GADDY
                                                                        United States Magistrate Judge

Dated: December 1, 2021
         Kansas City, Missouri