IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) ) ) Case No. 21-CR-000281-GAF ) |
| THOMAS W. PITTS, | ) ) ) |
| Defendant. | ) |

## MOTION TO WITHDRAW

COMES NOW Jane Francis, counsel for defendant, and asks that this Court enter an order allowing to allow her to withdraw from further representation in this matter. Defendant Thomas W. Pitts has directed counsel to file this motion. Mr. Pitts has lost confidence in counsel's ability to represent him.

WHEREFORE, counsel respectfully requests that this Honorable Court grant counsel leave to withdraw from this case and appoint new counsel for Mr. Pitts in this matter.

    Respectfully submitted,

    THE LAW OFFICE OF
    JANE FRANCIS, LLC

    By s/ Jane Francis
        Jane Francis, #63818
        6812 North Oak Trafficway, Suite 5
        Kansas City, MO 64118
        (816) 436-3100 x 211 Telephone
        (816) 436-8643 Fax
        Jane@FrancisLawOfficeLLC.com
        ATTORNEY FOR DEFENDANT
        THOMAS W. PITTS

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above was filed with ECF on July 6, 2022, thereby sending copies to all parties.

                                        s/ Jane Francis
                                        Jane Francis