In the United States Court District for the Western District of Missouri Western Division

| | |
|---|---|
| United States | Case#: 4:21-cr-00281-GAF |
| Plaintiff | Prosecutorial Misconduct |
| vs. | Testimonial Witness |
| Thomas W. Pitts | Vindictive Prosecution |
| Defendant | True Bill foreman signed |
| | Misuse of Grand Jury Proceeding |

Defendant Thomas Pitts <u>Motion to Dismiss</u>

Comes now Defendant Thomas Pitts and for his motion states:

<u>1</u>. Defendant Pitts hereby requests that all charges Be Dismissed Due to Facially Invalid Indictment Specific Agreement not alleged.

<u>2</u>. Defendant Pitts requests that all Grand Jury Transcript be reviewed By the Court and then handed over in a timely manner to also be reviewed By the Defendant, Rule 6(e)(3)(E)(ii)

<u>3</u>. Defendant Pitts claims that the Prosecutor

has used over charging techniques to over state the alledged charges of Defendant Pitts, Allowing witnesses they know or should know are not Truthful to testify.

4. Defendant Pitts also feels that the prosecutor used Overstating heresay methods By Overstating the strength of the evidence to get the indictment and flat out hear-say to get the Defendant Indicted and may of used improper or misleading statement to aquire the Defendants Indictment. Surplusage allegations that are irrelevent. Rule 7(d)

5. Defendant Pitts also sees the need to take a closer Look at the Grand Jury Transcripes Because of not only the prosecutors overcharging methods But also Bootstrap methods to over charge Defendant Pitts by using a single felony charge twice to support an additional felony charge.

Thomas Pitts
By: Thomas Pitts

Date: 8-8-22

Thomas Pitts #74509509
U.S.P. Leavenworth
P.O. Box 1000
Leavenworth, KS 66048

Thomas Pitts #74509-509
U.S.P. Leavenworth
P.O. Box 1000
Leavenworth, KS 66048

RECEIVED
2022 AUG 10 AM 11:57
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF MO
KANSAS CITY, MO

Clerk of the Court
Charles Evans Whittaker courthouse
400 East Ninth Street
Kansas City, MO 64106

4:21-cr-281-GAF

KANSAS CITY 640
AUG 2022 PM 4 L

U.S. MARSHAL