IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 21-00281-01-CR-W-GAF |
| | ) |
| THOMAS W. PITTS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending is Defendant Thomas W. Pitts's pro se Motion to Dismiss. Doc. 30. Pursuant to the Court's Scheduling, Trial, and Continuance Order, "*Pro se* filings **will not** be accepted for defendants who are represented by counsel." Doc. 26 at 3 (emphasis in original). Because Defendant is represented by counsel, any relief he seeks must be filed by his attorney of record. Accordingly, Defendant's pro se motion is **DENIED WITHOUT PREJUDICE**. If Defendant's counsel believes there is any merit to Defendant's pro se motion, she may file a separate motion.

**IT IS SO ORDERED.**

DATE: August 11, 2022           */s/ W. Brian Gaddy*
                                W. BRIAN GADDY
                                UNITED STATES MAGISTRATE JUDGE